DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for the United States of America

**ORIGINAL**

**FILED**

**FEB 14 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNDER SEAL, | CASE NO. C 16-2487 JCS |
| Plaintiffs, | **UNITED STATES' NOTICE** |
| v. | **OF ELECTION TO DECLINE** |
| | **INTERVENTION** |
| UNDER SEAL, | |
| Defendant. | **FILED UNDER SEAL** |

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 16-2487 JCS       1

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7155
     FAX: (415) 436-6748
     neill.tseng@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STF, LLC, an organization; STATE OF CALIFORNIA ex rel. STF, LLC, an organization,<br><br>               Plaintiffs,<br><br>           v.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br><br>               Defendant. | CASE NO. C 16-2487 JCS<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

1    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies

2    the Court of its decision not to intervene in this action.

3    Although the United States declines to intervene, we respectfully refer the Court to 31

4    U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United

5    States; providing, however, that the "action may be dismissed only if the court and the Attorney

6    General give written consent to the dismissal and their reasons for consenting." *Id.* The United

7    States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the

8    United States has the right only to a hearing when it objects to a settlement or dismissal of the

9    action. *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel.*

10   *Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United

11   States requests that, should either the relator or the defendants propose that this action be

12   dismissed, settled, or otherwise discontinued, this Court provide the United States with an

13   opportunity to be heard before ruling or granting its approval.

14   Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of

15   all pleadings filed in the action. Accordingly, the undersigned Government counsel will file a

16   Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The

17   United States reserves its right to order any deposition transcripts and to intervene in this action,

18   for good cause, at a later date. The United States also reserves its right to seek the dismissal of

19   the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of

20   discovery pursuant to 31 U.S.C. § 3730(c)(4).

21   The United States is not requesting that the Court unseal any documents on file in this

22   action at this time because the deadline for the State of California to inform the Court of its

23   decision whether to intervene in this matter is not until February 20, 2020.

24   //

25   //

26   //

27   //

28   //

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 16-2487 JCS                                    2

1

2    DATED: February 14, 2020

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

NEILL T. TSENG
Assistant United States Attorney
Attorneys for the United States of America

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 16-2487 JCS                                      3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the following document(s):

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
## (UNDER SEAL)

to be served upon each of the persons indicated below at the address(es) shown:

Jennifer Gregory
Deputy Attorney General
California Department of Justice
2329 Gateway Oaks Drive, Suite 200
Sacramento, California  95833

Niall P. McCarthy, Esq.
Justin T. Berger
Cotchett, Pitre & McCarthy LLP
840 Malcom Road
Burlingame, California  94010

Geoffrey F. Margolis
Senior Litigation Counsel
CA Dept. of Insurance
Fraud Liaison Bureau
300 Capitol Mall, 11th Floor
Sacramento, CA  95814

✓ _____ **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **CERTIFIED MAIL (#)** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____ **BY PERSONAL SERVICE (BY MESSENGER):**  I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____ **BY FACSIMILE (FAX):**  I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____ **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above

_____ **BY FEDERAL EXPRESS**

//

//

//

CERTIFICATE OF SERVICE
C 16-2487 JCS

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2  true and correct.  Executed February 14, 2020 at San Francisco, California

3

4                              KATHY TERRY
                               Supervisory Legal Assistant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
C 16-2487 JCS