**XAVIER BECERRA**
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833
 Telephone: (916) 621-1823
 Fax: (916) 274-2929
 E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for Plaintiff State of California*

RECEIVED MAR 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. C 16-2487-TSH JCS<br><br>[~~PROPOSED~~] ORDER RE: STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows.

IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon *qui tam* Plaintiff or the Defendants, except for the following documents: (1) *qui tam* Plaintiff's Complaint; (2) the summons, if any; (3) the Case Management Order; and, (4) this Order, which are hereby unsealed.

2. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants.

3. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California.

6. All orders of this Court shall be sent to California.

7. California may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims.

8. Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: March 10, 2020

HONORABLE ~~ALEX G. TSE~~ Joseph C. Spero
~~United States~~ Magistrate Judge
Chief