UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC,<br><br>Defendants. | Case No.: 16-cv-02487-JCS<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/10/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Geoffrey Frank Margolis
California Department of Insurance
600 Capitol Mall, 11th Floor
Sacramento, CA 95814

Jennifer Suzanne Gregory
Office of the Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Service Certificate _CRD
rev. August 2018

Niall Padraic McCarthy
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Dated: 3/10/2020

Susan Y. Soong
Clerk, United States District Court

By: *Karen L. Hom*

Karen Hom, Deputy Clerk to
the Honorable Joseph C. Spero