1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  JOSEPH M. ALIOTO JR. (SBN 215544)
   jalioto@cpmlegal.com
3  MALLORY A. BARR (SBN 317231)
   mbarr@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   *Attorneys for Relator STF, LLC*
8
                       **UNITED STATES DISTRICT COURT**
9
                      **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 3:l6-cv-02487-JCS<br><br>**NOTICE OF APPEARANCE OF MALLORY A. BARR ON BEHALF OF RELATOR STF, LLC** |

**NOTICE OF APPEARANCE OF MALLORY A. BARR ON BEHALF OF
RELATOR STF, LLC; CASE NO. 3:l6-cv-02487-JCS**

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Relator STF, LLC. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

MALLORY A. BARR
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
mbarr@cpmlegal.com

Dated: March 18, 2020       **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Mallory A. Barr*
         JUSTIN T. BERGER
         JOSEPH A. ALIOTO
         MALLORY A. BARR

*Attorneys for Relator STF, LLC*

**NOTICE OF APPEARANCE OF MALLORY A. BARR ON BEHALF OF RELATOR STF, LLC; CASE NO. 3:l6-cv-02487-JCS**     1