| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>JUSTIN T. BERGER, Bar #250346<br>COTCHETT, PITRE & McCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA  94010<br>*Telephone No:* 650-697-6000     *FAX No:* 650-697-0577 | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:* STF/VIBRANT QT

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court For The Northern District Of California

*Plaintiff:* UNITED STATES OF AMERICA; ET AL

*Defendant:* VIBRANT AMERICA, LLC; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV162487 EDL |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Standing Order For All Judges Of The Northern District Of California; Civil Standing Orders For Magistrate Judge Joseph C. Spero; Order Setting Case Management Conference; Order Re: Status Of California's Notice Of Election To Decline Intervention; Ecf Registration Information; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent Or Declination To Magistrate Judge Jurisdiction; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Waiver Of The Service Of Summons

*3.  a. Party served:*         VIBRANT AMERICA, LLC
    *b. Person served:*      VSANTH JAYARAMAN, CEO, Indian, Male, 30's, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 150 Pounds

*4. Address where the party was served:*      1021 HOWARD AVENUE, STE. B
                                              SAN CARLOS, CA  94070

*5. I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Mar. 16, 2020 (2) at: 12:55PM

**7. *Person Who Served Papers:***                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LUIZ A. PIMENTEL                        d.  ***The Fee for Service was:***
    b. **A & A LEGAL SERVICE, Inc.**           e.  I am: (3)  registered California process server
       880 MITTEN ROAD, SUITE 102                  *(i)*   Employee
       BURLINGAME, CA  94010                       *(ii)   Registration No.:*    2018-000982
    c. (650) 697-9431, FAX (650) 697-4640          *(iii)  County:*             San Francisco
                                                   *(iv)   Expiration Date:*    Mon, Jun. 08, 2020

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:  Mon, Mar. 16, 2020*

PROOF OF SERVICE
SUMMONS IN A CIVIL

(LUIZ A. PIMENTEL)                    *Xuber.122991*