NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
JOSEPH M. ALIOTO JR. (SBN 215544)
jalioto@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
EMANUEL B. TOWNSEND (SBN 305373)
etownsend@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | CASE NO. 16-cv-02487-JCS<br><br>**NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO JR. ON BEHALF OF RELATOR** |

**NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO JR. ON BEHALF OF RELATOR**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Plaintiffs. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

JOSEPH M. ALIOTO JR.
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jalioto@cpmlegal.com

Dated: March 18, 2020,        **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Joseph M. Alioto Jr.*
          JOSEPH M. ALIOTO JR.

*Attorneys for Relator*