1  THOMAS S. BROWN, CA Bar No. 178620
   tsbrown@foley.com
2  JUDITH A. WALTZ, CA Bar No. 103180
   jwaltz@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET
4  SUITE 1700
   SAN FRANCISCO, CA 94104-1520
5  TELEPHONE:  415.434.4484
   FACSIMILE:   415.434.4507
6
   Attorneys for Defendant
7  VIBRANT AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al, | Case No. 16-cv-02487-JCS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF THOMAS S. BROWN AND JUDITH A. WALTZ FOR DEFENDANT VIBRANT AMERICA, LLC** |
| vs. | |
| VIBRANT AMERICA, LLC, | Hon. Joseph C. Spero |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 5-1(c)(2), notice is hereby given that Thomas S. Brown and Judith A. Waltz of Foley & Lardner LLP hereby appear in this action as counsel on behalf of Defendant Vibrant America, LLC in the above-captioned matter. Mr. Brown's and Ms. Waltz's contact information is as follows:

> Thomas S. Brown
> Foley & Lardner LLP
> 555 California Street, Suite 1700
> San Francisco, CA 94104-1520
> Telephone: (415) 434-4484
> Facsimile: (415) 434-4507
> Email: tsbrown@foley.com
>
> Judith A. Waltz
> Foley & Lardner LLP
> 555 California Street, Suite 1700
> San Francisco, CA 94104-1520
> Telephone: (415) 434-4484
> Facsimile: (415) 434-4507
> Email: jwaltz@foley.com

The following individuals should also be added to the service list for this matter:

Lori A. Rubin, (LArubin@foley.com) and Carla Belinky (CBelinky@foley.com).

DATED: March 20, 2020

**FOLEY & LARDNER LLP**
THOMAS S. BROWN
JUDITH A. WALTZ

*/s/ Thomas S. Brown*
THOMAS S. BROWN
*Attorneys for Defendant*
*VIBRANT AMERICA, LLC.*