THOMAS S. BROWN, CA Bar No. 178620
  tsbrown@foley.com
JUDITH A. WALTZ, CA Bar No. 103180
  jwaltz@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant
VIBRANT AMERICA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>                              Plaintiffs,<br><br>         vs.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>                              Defendants. | Case No. 16-cv-02487-JCS<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Hon. Joseph C. Spero |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interests in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Vibrant America is 91% owned by Vibrant Sciences and 9% owned by Nikon Ventures Corporation.  Vibrant Sciences is 91% owned by Vibrant Holdings and 9% owned by Nikon Ventures Corporation. Dr. John Rajasekaran is the Managing Member of Vibrant America, Vibrant Sciences and Vibrant Holdings.  Nikon Ventures Corporation is a member of Vibrant America and Vibrant Sciences.

DATED:  April 3, 2020

**FOLEY & LARDNER LLP**
THOMAS S. BROWN
JUDITH A. WALTZ


*/s/ Thomas S. Brown*
THOMAS S. BROWN
*Attorneys for Defendant*
*VIBRANT AMERICA, LLC.*