UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>

| **Case No.:** 16-cv-02487-JCS | **Case Name:** United States of America v. Vibrant America, LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**:  April 10, 2020 | **Time:** |

**Attorney for Plaintiff:** Geoff Margolis – State of CA Dept of Insurance, Joseph Alioto, Jr., Mallory Barr (by telephone)
**Attorney for Defendant:** Thomas Brown (by telephone)

**Deputy Clerk:** Karen Hom        **Court Reporter:**  Not Reported

**PROCEEDINGS**

1. Initial Case Management Conference - Held

**ORDERED AFTER HEARING**

Parties shall meet and confer to work out a stipulation for a stay on discovery and initial disclosures and file the stipulation by 4/17/2020.

By 4/17/2020 the parties shall file a joint letter with the name of the private mediator and mediation date.

Updated joint case management conference statement due 7/17/2020.

**NOTES:**

**CASE CONTINUED TO:**   07/24/2020 at 9:30 AM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.
[X] Upon stipulation of the parties, this case is referred to private mediation.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**

**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Deadline to File Dispositive Motions:**
**Motions Hearing & Daubert Motions:**         at **9:30 AM**
**Pretrial Conference:**            at **2:00 PM**
**Trial:**           at **8:30 AM for**        **days**     [ ]  **Jury**  [ ]   **Court**

**Order to be prepared by:**
 [ ]  Plaintiff         [ ]  Defendant         [ ]  Court
**cc:**