# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## LORI   ALLISON   RUBIN

was, on the ___9th___ day of _____January_____ A.D. __2012__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __17th__ day of _____March_____ A.D. __2020__.



**ANGELA D. CAESAR, CLERK**

By: _____
　　　　　Deputy Clerk