# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

United States of America ex rel. STF, LLC, et al.,

    Plaintiff(s),

v.

Vibrant America, LLC,

    Defendant(s).

Case No: 3:16-cv-02487-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lori A. Rubin, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vibrant America, LLC in the above-entitled action. My local co-counsel in this case is Thomas S. Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| FOLEY & LARDNER LLP<br>3000 K Street, N.W. Suite 600<br>Washington, D.C. 20007-5109 | FOLEY & LARDNER LLP<br>555 California Street, Suite 1700<br>San Fancisco, California 94104-1520 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 295-4760 | (415) 434-4484 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| LARubin@foley.com | tsbrown@foley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1004240.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: April 15, 2020

*/s/ Lori A. Rubin*
APPLICANT
Lori A. Rubin

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lori A. Rubin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 16, 2020

_____
Judge Joseph C. Spero
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                            October 2012