JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
JOSEPH M. ALIOTO JR. (SBN 215544)
jalioto@cpmlegal.com
MALLORY A. BARR (SBN 317231)
mbarr@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 3:16-cv-02487-JCS<br><br>**JOINT STIPULATION RE: SELECTION OF MEDIATOR AND [PROPOSED] ORDER** |

Pursuant to ADR Local Rule 8-2, Relator STF, LLC and Defendant Vibrant America, LLC request this matter be referred to private mediation on September 9, 2020 before Martin Quinn at JAMS.

SO STIPULATED.

Dated: April 24, 2020

| **COTCHETT, PITRE & McCARTHY LLP** | **FOLEY & LARDNER LLP** |
|---|---|
| */s/ Joseph M. Alioto Jr.* | */s/ Thomas S. Brown* |
| JUSTIN T. BERGER<br>JOSEPH M. ALIOTO JR.<br>MALLORY A. BARR | THOMAS S. BROWN<br><br>*Attorneys for Defendant* |
| *Attorneys for Relator* | |

**[PROPOSED] ORDER**

On stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this case will be referred to private mediation before Martin Quinn effective September 9, 2020.

IT IS FURTHER ORDERED that the parties shall submit a joint statement to the Court summarizing the results of the mediation within 14 days of its completion.

IT IS SO ORDERED.

Dated: April _____,2020          _____
JOSEPH C. SPERO
Chief Magistrate Judge

**FILER'S ATTESTATION**

I, Joseph M. Alioto Jr., am the ECF user whose identification and password are being used to file this Joint Stipulation Re: Selection of Mediator on behalf of Relator STF, LLC and Defendants Vibrant America, LLC. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Stipulation has been obtained from each of the other signatories.

Dated: April 24, 2020        By: */s/ Joseph M. Alioto Jr.*

JOSPEH M. ALIOTO JR.

Attorney for Relator STF, LLC