DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7155
     FAX: (415) 436-6748
     neill.tseng@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STF, LLC, an organization; STATE OF CALIFORNIA ex rel. STF, LLC, an organization, <br><br> Plaintiffs, <br><br> v. <br><br> VIBRANT AMERICA, LLC, a Delaware Limited Liability Company, <br><br> Defendant | CASE NO. C 16-2487 JCS <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is appearing on behalf of the United States of America. Although the United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it remains the real party in interest. Therefore, we are filing this notice of appearance in order to receive ECF notice of all filings in the case.

DATED: April 24, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_/s/Neill T. Tseng_
NEILL T. TSENG
Assistant United States Attorney