DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STF, LLC, an organization; STATE OF CALIFORNIA ex rel. STF, LLC, an organization,<br><br>                Plaintiffs,<br><br>    v.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                Defendant. | CASE NO. C 16-2487 JCS<br><br>**STIPULATION TO UNSEAL UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER** |

# STIPULATION

WHEREAS, on February 14, 2020, the United States filed a Notice of Election to Decline Intervention (Doc. No. 30);

WHEREAS, on March 6, 2020, the State of California filed a Notice of Election to Decline Intervention (Doc. No. 33);

WHEREAS, the California Department of Insurance has not, as of yet, filed for Intervention pursuant to the California Insurance Frauds Prevention Act, Ins. Code Sec. 1871.7;

WHEREAS, on March 10, 2020, the Court entered an Order Re: State of California's Notice of Election to Decline Intervention (the "Order") (Doc. No. 34);

WHEREAS, as requested by the State of California, the Order kept all then-current contents of the Court's file under seal except for the Complaint; the summons, if any; the Case Management Order; and the Order; and lifted the seal as to all other matters occurring in this action after the date of the Order;

WHEREAS, the United States' Notice of Election to Decline Intervention (Doc. No. 30) was not unsealed by the Order and remains under seal;

WHEREAS, the United States, the State of California, the California Department of Insurance, Relator STF, LLC, and Defendant Vibrant America, LLC, agree with unsealing the United States' Notice of Election to Decline Intervention (Doc. No. 30);

THEREFORE, the United States, the State of California, the California Department of Insurance, Relator STF, LLC, and Defendant Vibrant America, LLC, hereby stipulate, subject to the approval of the Court, that the United States' Notice of Election to Decline Intervention (Doc. No. 30) should be unsealed.

//
//
//
//
//

Respectfully submitted,

DATED: 5/5/2020                     DAVID L. ANDERSON
                                    United States Attorney

                                    _____/s/ *Neill T. Tseng*_____
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    *Attorneys for the United States of America*


DATED: 5/5/2020                     XAVIER BECERRA
                                    Attorney General for the State of California


                                    _____/s/ *Jennifer Gregory*_____
                                    JENNIFER GREGORY
                                    Deputy Attorney General
                                    California Department of Justice
                                         2329 Gateway Oaks Drive, Suite 200
                                         Sacramento, California 95833


DATED: 5/5/2020                     _____/s/ *Geoffrey F. Margolis*_____
                                    KENNETH SCHNOLL
                                    General Counsel
                                    J. SCOTT MCNAMARA
                                    Assistant Chief Counsel
                                    GEOFFREY F. MARGOLIS
                                    Senior Litigation Counsel
                                    California Department of Insurance
                                         Fraud Liaison Bureau
                                         300 Capitol Mall, 11th Floor
                                         Sacramento, California 95814
                                         Telephone: 916-492-3574
                                         e-mail: Geoff.Margolis@insurance.ca.gov

                                    *Attorneys for the State of California*

| | |
|---|---|
| DATED: 5/5/2020 | COTCHETT, PITRE & McCARTHY LLP |
| | |
| | /s/ *Joseph M. Alioto Jr.* |
| | JOSEPH M. ALIOTO JR. |
| | *Attorneys for Relator STF, LLC* |
| | |
| DATED: 5/5/2020 | FOLEY & LARDNER LLP |
| | |
| | /s/ *Thomas S. Brown* |
| | THOMAS S. BROWN |
| | *Attorneys for Defendant Vibrant America, LLC* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Neill T. Tseng, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED: 5/5/2020                       /s/ *Neill T. Tseng*
                                                          NEILL T. TSENG

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the United States' Notice of Election to Decline Intervention (Doc. No. 30) be unsealed.

Dated: _____    _____
                                   HONORABLE JOSEPH C. SPERO
                                   United States Chief Magistrate Judge