THOMAS S. BROWN, CA Bar No. 178620
  tsbrown@foley.com
JUDITH A. WALTZ, CA Bar No. 103180
  jwaltz@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

LORI A. RUBIN,  (*admitted Pro Hac Vice*)
  larubin@foley.com
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:  202.672.5300
FACSIMILE:   202.672.5399

Attorneys for Defendant
VIBRANT AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>                              Plaintiffs,<br><br>         vs.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>                              Defendants. | Case No. 16-cv-02487-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIBRANT AMERICA LLC'S MOTION TO DISMISS RELATOR'S COMPLAINT**<br><br>HONORABLE JOSEPH C. SPERO |

**PROPOSED ORDER**

On May 18, 2020, Defendant Vibrant America filed its Motion to Dismiss Relator's Complaint. Having carefully considered the moving and opposition papers, accompanying memoranda, arguments, and all other matters presented to this Court, the Court finds as follows:

1. Relator has failed to plead conduct that violates the Anti-Kickback Statute.
2. Relator has failed to plead fraud with particularity as required under Rule 9(b).
3. Relator has failed to sufficiently plead materiality under *Escobar*.
4. Relator has failed to sufficiently plead scienter.
5. Relator does not have standing to assert claims under the California Insurance Frauds Prevention Act.
6. Relator has failed to state a plausible claim on which relief can be granted.

IT IS HEREBY ORDERED THAT Defendant Vibrant America's Motion to Dismiss is GRANTED.   The Complaint against Vibrant America is dismissed with prejudice.

Dated: _____ , 2020

_____
THE HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge