THOMAS S. BROWN, CA Bar No. 178620
  tsbrown@foley.com
JUDITH A. WALTZ, CA Bar No. 103180
  jwaltz@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA ST STE 1700
SAN FRANCISCO, CA 94104
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

LORI A. RUBIN,  (*admitted Pro Hac Vice*)
  larubin@foley.com
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE: 202.672.5300
FACSIMILE:   202.672.5399

*Attorneys for Defendant Vibrant America, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STF, LLC, an organization; STATE OF CALIFORNIA ex rel. STF, LLC, an organization,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br>　　　　　　　　　　　Defendant. | Case No. 3:16-cv-02487-JCS<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:    July 24, 2020<br>Time:   9:30 AM<br>Courtroom: F<br>Before the Honorable Joseph C. Spero |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201, and in connection with the concurrently filed Motion to Dismiss Plaintiff-Relator's Complaint, Defendant Vibrant America, LLC ("Defendant") respectfully requests that the Court take judicial notice of the following documents in support of its Reply in Support of Motion to Dismiss:

1. A copy of the American College of Emergency Physicians "Fact Sheet: Medicare Inflation Adjustment," attached hereto as Exhibit A.  The Court may take judicial notice of information found on publically accessible websites.  *See Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D.Cal. 2014)("Proper subjects of judicial notice when ruling on a motion to dismiss include . . . publically accessible websites"); *see also Wible v. Aetna Life Ins. Co.*, 375 F.Supp.2d 956, 965 (C.D.Cal.2005).

2. A copy of a Medicare Payment Advisory Commission ("MedPAC") blog post dated September 11, 2017, attached hereto as Exhibit B.  The Court may take judicial notice of information found on government websites.  *See Daniels–Hall v. Nat,l Educ. Ass'n,* 629 F.3d 992, 999 (9th Cir.2010) (taking judicial notice of information found on government websites).

DATED:  June 29, 2020

**FOLEY & LARDNER LLP**
Thomas S. Brown
Judith A. Waltz
Lori A. Rubin


/s/ *Thomas S. Brown*
Thomas S. Brown
Attorneys for Defendant
Vibrant America, LLC