JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
MALLORY A. BARR (SBN 317231)
mbarr@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL OF JOSEPH M. ALIOTO JR. FOR RELATOR STF, LLC** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT as of July 13, 2020, Joseph M. Alioto Jr. is no longer an attorney at this firm and is hereby withdrawn as counsel for Relator STF, LLC. Mr. Alioto should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP should continue to be reflected as counsel for Relator STF, LLC, and all future correspondence and papers in this action should continue to be directed to Justin T. Berger and Mallory A. Barr.

DATED: July 13, 2020				/s/ Mallory A. Barr
						MALLORY A. BARR

						**COTCHETT, PITRE & McCARTHY, LLP**
						San Francisco Airport Office Center
						840 Malcolm Road, Suite 200
						Burlingame, CA 94010
						Telephone:  650-697-6000
						Facsimile:   650-697-0577
						tprevost@cpmlegal.com

						*Attorney for Relator STF, LLC*