UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC,<br><br>Defendant. | Case No. 16-cv-02487-JCS<br><br>**ORDER GRANTING REQUEST TO CONTINUE STAY ON DISCOVERY**<br><br>Re: Dkt. No. 66 |

On July 10, 2020, the parties filed a joint statement re: continued need for discovery stay.

IT IS HEREBY ORDERED that the STAY on discovery is continued to August 21, 2020.

**IT IS SO ORDERED.**

Dated: July 13, 2020

JOSEPH C. SPERO
Chief Magistrate Judge