JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**NOTICE OF APPEARANCE OF BETHANY M. HILL ON BEHALF OF RELATOR STF, LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Plaintiffs. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

BETHANY M. HILL
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
bhill@cpmlegal.com

DATED: October 5, 2020            /s/ Bethany M. Hill
                                  BETHANY M. HILL

**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile:  650-697-0577
bhill@cpmlegal.com

*Attorney for Relator STF, LLC*