1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  BETHANY M. HILL (SBN 326358)
   bhill@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   *Attorneys for Relator STF, LLC*
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,                **Case No. 3:16-cv-02487-JCS**

12

13            Plaintiffs,                          **NOTICE OF WITHDRAWAL OF COUNSEL OF MALLORY A. BARR FOR RELATOR STF, LLC**

14       v.

15 VIBRANT AMERICA, LLC, a Delaware limited liability company,

16
              Defendants.
17

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Mallory A. Barr. is no longer an attorney at this firm and is hereby withdrawn as counsel for Relator STF, LLC. Ms. Barr should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP should continue to be reflected as counsel for Relator STF, LLC, and all future correspondence and papers in this action should continue to be directed to Justin T. Berger and Bethany M. Hill.

DATED: October 5, 2020

/s/ Justin T. Berger
JUSTIN T. BERGER

**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jberger@cpmlegal.com

*Attorney for Relator STF, LLC*