**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 16-cv-02487-JCS | **Case Name:** United States of America v. Vibrant America, LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: December 18, 2020 | **Time:** 2:01-2:08 = 9 M |

**Attorney for Plaintiff:** Justin Berger, Bethany Hill
**Attorney for Defendant:** Thomas Brown, Lori Rubin

**Deputy Clerk:** Karen Hom                **Court Reporter:** Not Reported

**ZOOM WEBINAR PROCEEDINGS**

1. Further Case Management Conference - Held

**ORDERED AFTER HEARING**

Stay on discovery is lifted.
Updated case management conference statement due 3/12/2021.
If the parties cannot agree on a stipulated protective order the parties shall file a joint letter with redlined versions of the protective order.

**NOTES:**

**CASE CONTINUED TO:**   03/19/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:  7/30/2021**
**Expert Disclosure:   09/01/2021**
**Expert Rebuttal:  09/21/2021**
**Expert Discovery Cutoff: 10/22/2021**
**Deadline to File Dispositive Motions:**
**Motions Hearing & Daubert Motions:  12/17/2021 at 9:30 AM**
**Pretrial Conference:  03/25/2022 at 2:00 PM**
**Trial:  04/11/2022 a**t **8:30 AM for 12  days       [ X ]   Jury  [ ]   Court**

**Order to be prepared by:**
 [ ]  Plaintiff         [ ]  Defendant          [X]  Court