1  JUSTIN T. BERGER (SBN 250346)
   jberger@cpmlegal.com
2  BETHANY M. HILL (SBN 326358)
   bhill@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   *Attorneys for Relator STF, LLC*
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization, | **Case No. 3:16-cv-02487-JCS** |
| --- | --- |
|  | **JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT** |
| Plaintiffs, |  |
| v. | Date:  March 19, 2021 |
|  | Time:  2:00 p.m. |
| VIBRANT AMERICA, LLC, a Delaware limited liability company, | Judge: Hon. Joseph C. Spero |
| Defendants. |  |

**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement.

1. **Discovery:** Both Parties have issued and responded to extensive document requests, and Vibrant has issued interrogatory requests to which Relator has responded. Relator has taken a Rule 30(b)(6) deposition. The Parties agreed to, and the Court approved, an Attorneys' Eyes Only ("AEO") designation for certain confidential information related to Vibrant's business operations and financial data to be produced by Vibrant.

2. **ADR:** Due to logistical issues given the COVID pandemic, one of the parties was unavailable for the mediation before Martin Quinn, of JAMS, scheduled for February 4, 2021. The mediation has been continued until March 22, 2021.

3. **CMC Continuance Request:** The Parties are focused on the March 22 continued mediation. The Parties do not have discovery issues at present that require guidance from the Court at this time. Accordingly, the Parties respectfully request that the March 19 CMC be continued for approximately 30 days.

Dated: March 12, 2021                    **COTCHETT, PITRE & McCARTHY LLP**

                                         By:   /s/ Justin T. Berger
                                               JUSTIN T. BERGER
                                               BETHANY M. HILL

                                         *Attorneys for Relator*

Dated: March 12, 2021                    **FOLEY & LARDNER LLP**

                                         By:   /s/ Thomas S. Brown
                                               LORI A. RUBIN
                                               THOMAS S. BROWN

                                         *Attorney for Defendant Vibrant America, Inc.*