JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>   Plaintiffs,<br><br>   v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  April 23, 2021<br>Time:  2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

---

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT ;
Case No. 3:16-cv-02487-JCS

4848-3495-5988.2

**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement.

1. **Discovery:** Both Parties have issued and responded to extensive document requests and begun rolling productions of documents, and Vibrant has issued two sets of interrogatory requests to which Relator has responded to the first and the deadline to respond to the second set of interrogatory requests is April 29, 2021. The Parties continue to meet and confer regarding appropriate custodians and keywords for document searches.

Relator has taken a Rule 30(b)(6) deposition on data and systems. A second Rule 30(b)(6) deposition of Vibrant is set for April 27, 2021.

The Parties have also issued document subpoenas to several third parties.

2. **ADR:** The Parties held a mediation with Martin Quinn, of JAMS, on March 22, 2021. The Parties did not reach a resolution.

3. **Other Issues:** The Parties are diligently working through discovery issues, and are optimistic that discovery can be completed on the current schedule (the fact discovery cut-off is July 30, 2021). However, given continued uncertainties with the pandemic, as well as the parties' focus on mediation through the date of the mediation on March 22, 2021, the Parties have discussed the potential that a modest extension of the fact discovery period may be necessary.

Dated:  April 16, 2021         **COTCHETT, PITRE & McCARTHY LLP**

                               By: _/s/ Justin T. Berger_
                                  JUSTIN T. BERGER
                                  BETHANY M. HILL

                               *Attorneys for Relator*

Dated:  April 16, 2021         **FOLEY & LARDNER LLP**

                               By: _/s/ Lori A. Rubin_
                                  LORI A. RUBIN
                                  THOMAS S. BROWN

                               *Attorney for Defendant Vibrant America, Inc.*

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT ;
Case No. 3:16-cv-02487-JCS                                                                1
4848-3495-5988.2
Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP