**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 16-cv-02487-JCS | **Case Name:** United States of America v. Vibrant America, LLC | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: April 23, 2021 | **Time:** |

**Attorney for Plaintiff:** Justin Berger
**Attorney for Defendant:** Thomas Brown, Lori Rubin

| **Deputy Clerk:** Karen Hom | **Court Reporter:** Not Reported |
|---|---|

**ZOOM WEBINAR PROCEEDINGS**

1. Further Case Mgmt Conference - Held

**ORDERED AFTER HEARING**

Updated joint case management conference statement due 6/18/2021.
Parties have two (2) months to conduct discovery.

**CASE CONTINUED TO:**   06/25/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.