JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   June 25, 2021<br>Time:  2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT ;
Case No. 3:16-cv-02487-JCS
4848-3495-5988.2

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement.

1. **Discovery:** Both Parties have issued and responded to extensive document requests. After extensive meet and confer regarding appropriate custodians and keywords for document searches, both Parties have begun rolling productions of documents.

Vibrant has produced approximately 16,311 documents to date, and Relator has produced approximately 1,248 (with an additional 686 documents being produced today). Both Parties have several thousand more documents to review and produce, and expect that document productions will not be complete for several more weeks.

Vibrant has issued two sets of interrogatory requests to which Relator has responded in part. The parties have met and conferred regarding certain of the interrogatories and Relator will supplement its responses to interrogatories.

Relator has taken a Rule 30(b)(6) deposition on data and systems, and a second Rule 30(b)(6) deposition on substantive issues. The Parties anticipate noticing more depositions upon substantial completion of document production, which as outlined above, is expected to take several more weeks.

The Parties have also issued document subpoenas to several third parties.

2. **ADR:** The Parties have agreed to a second mediation with Martin Quinn, of JAMS. Mr. Quinn has several mid-July dates available. The Parties have agreed to exchange particular categories of information prior to the second mediation that should facilitate discussions.

3. **Other Issues:** The Parties are diligently working through discovery issues. However, given the volume of potentially responsive documents yet to produce, and the Parties' agreement to a second mediation, the Parties believe that an extension of the fact discovery cut-off, currently July 30, 2021, is warranted, and may help facilitate resolution. The current schedule, and the Parties' proposed modifications, are as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Fact Discovery Cut-Off:** | July 30, 2021 | October 15, 2021 |
| **Expert Disclosures:** | September 1, 2021 | November 15, 2021 |
| **Expert Rebuttals:** | September 21, 2021 | December 6, 2021 |
| **Expert Discovery Cut-Off:** | October 22, 2021 | January 3, 2022 |
| **Dispositive and *Daubert* Motions Hearing:** | December 17, 2021 | March 4, 2022 |
| **Pretrial Conference:** | March 25, 2022 | May 7, 2022 |
| **Jury Trial:** | April 11, 2022 | May 23, 2022 |

Dated:  June 18, 2021                **COTCHETT, PITRE & McCARTHY LLP**

By:   */s/ Justin T. Berger*
          JUSTIN T. BERGER
          BETHANY M. HILL

*Attorneys for Relator*

Dated:  June 18, 2021                **FOLEY & LARDNER LLP**

By:   */s/ Lori A. Rubin*
          LORI A. RUBIN
          THOMAS S. BROWN

*Attorney for Defendant Vibrant America, Inc.*