# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| **Case No.:** 16-cv-02487-JCS | **Case Name:** United States of America v. Vibrant America, LLC |
|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: June 25, 2021     **Time:** 6 M |

**Attorney for Plaintiff:** Justin Berger
**Attorney for Defendant:** Lori Rubin

**Deputy Clerk:** Karen Hom      **Court Reporter:** Not Reported

### ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

### ORDERED AFTER HEARING

Parties can stipulate to extend discovery dates but the Court will not move the dispositive motion/Daubert date, final pretrial conference or trial.
Updated joint case mgmt. conference statement due 9/3/2021.

**CASE CONTINUED TO:** 09/10/2021 at 2:00 PM for a further case management conference by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
  [ ] Plaintiff      [ ] Defendant      [ ] Court