THOMAS S. BROWN, CA Bar No. 178620
  tsbrown@foley.com
JUDITH A. WALTZ, CA Bar No. 103180
  jwaltz@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant
VIBRANT AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 16-cv-02487-JCS |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| VIBRANT AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Hon. Joseph C. Spero |

Notice Of Change Of Address
Case No. 16-CV-02487-JCS

1   **TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF**
2   **RECORD:**

3       **PLEASE TAKE NOTICE** that THOMAS S. BROWN, hereby provides notice of change of
4   address.

5       Effective June 30, 2021, all mail, electronic notices and correspondence should be directed to,
6   SSL Law Firm, LLP, 505 Montgomery Street, Suite 620, San Francisco, CA 94111,
7   Telephone: 415.814.6400, Fax: 415.814.6401, Email: tbrown@ssllawfirm.com.

8

9   DATED:  June 28, 2021

            **FOLEY & LARDNER LLP**
10              THOMAS S. BROWN
            JUDITH A. WALTZ

11

12

13              THOMAS S. BROWN
            Attorneys for Defendant
14              VIBRANT AMERICA, LLC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28