JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 3:16-cv-02487-JCS<br><br>**NOTICE OF WITHDRAWAL OF ERIC J. BUESCHER AS COUNSEL FOR RELATOR STF, LLC** |

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT after July 1, 2021, Eric J. Buescher will no longer be an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as counsel for Relator STF, LLC.  Mr. Buescher should be removed from the Court's service list with respect to this action.  Attorneys at the law firm of Cotchett, Pitre & McCarthy, LLP continue to represent Relator STF, LLC as reflected on the service list and should continue to receive filings in this action accordingly.

Dated: July 1, 2021           **COTCHETT, PITRE & McCARTHY, LLP**

By: ___/s/ Eric J. Buescher___
JUSTIN T. BERGER
ERIC J. BUESCHER
BETHANY M. HILL

*Attorneys for Relator STF, LLC*