JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; NOTICE OF PROPOSED SETTLEMENT; AND REQUEST FOR CONTINUANCE**<br><br>Date: September 10, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; NOTICE OF PROPOSED SETTLEMENT; AND REQUEST FOR CONTINUANCE
Case No. 3:16-cv-02487-JCS

Law Offices
COTCHETT, PITRE & MCCARTHY, LLP

4848-3495-5988.2

# JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; NOTICE OF PROPOSED SETTLEMENT; AND REQUEST FOR CONTINUANCE

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement, Notice of Proposed Settlement, and Request for Continuance.

At the second mediation session with Martin Quinn on July 12, 2021, the Parties reached a comprehensive settlement of all claims in this action, subject to approval by the United States Department of Justice (DOJ), California Attorney General (CA DOJ), and California Department of Insurance (CDI). The Parties executed a term sheet on the day of the mediation, and subsequently negotiated two draft long-form settlement agreements: One covering claims under the federal False Claims Act, subject to DOJ approval, and the other covering claims under the California False Claims Act and Insurance Fraud Preventions Act, subject to approval by CDI and CA DOJ. Both settlement agreements were transmitted to the government in mid-July, and the Parties are awaiting feedback or approval.

In the Parties' experience, the timeline for approval of *qui tam* settlement agreements from the government entities varies dramatically, but typically ranges from 30 to 90 days.

The Parties accordingly request that the Case Management Conference be continued for 30 days, to October 8, 2021 or the first available date thereafter, by which time the Parties hope to have received approval from the government, or a more definitive timeline for expected government approval.

Dated: September 3, 2021

**COTCHETT, PITRE & McCARTHY LLP**

By: /s/ Justin T. Berger
JUSTIN T. BERGER
BETHANY M. HILL

*Attorneys for Relator*

[Additional signatures on next page.]

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; NOTICE OF PROPOSED SETTLEMENT; AND REQUEST FOR SETTLEMENT
Case No. 3:16-cv-02487-JCS                                                                                          1

4848-3495-5988.2

Dated:  September 3, 2021          **FOLEY & LARDNER LLP**

By: _/s/ Lori A. Rubin_
     LORI A. RUBIN

*Attorney for Defendant Vibrant America, Inc.*

Dated:  September 3, 2021          **SSL LAW FIRM LLP**

By: _/s/ Thomas S. Brown_
     THOMAS S. BROWN

*Attorney for Defendant Vibrant America, Inc.*

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; NOTICE OF PROPOSED SETTLEMENT; AND REQUEST FOR SETTLEMENT
Case No. 3:16-cv-02487-JCS

2

4848-3495-5988.2