ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN: 228593)
Deputy Attorney General
E-mail: Jennifer.Gregory@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1823
 Fax: (916) 274-2929

*Attorneys for State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; *ex rel.* STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. C 16-2487 AGT<br><br>**STATE OF CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL** |

    Relator has indicated to the State of California ("California") that they intend to file a Notice of Voluntary Dismissal of the California False Claims Act allegations in their Complaint. Pursuant to Cal. Gov. Code section 12652, subsection (c)(1), California hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of California, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or to monitor the action based on currently available information.

///

///

1  Dated: September 29, 2021              Respectfully submitted,

2                                         ROB BONTA
3                                         Attorney General of California

4
                                          */s/ Jennifer S. Gregory*
5                                         _____

6                                         JENNIFER S. GREGORY
                                          Deputy Attorney General
7                                         *Attorneys for Plaintiff State of California*