JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>                Plaintiffs,<br><br>        v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | **Case No. 3:16-cv-02487-JCS**<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST THAT TRIAL DATE BE VACATED**<br><br>Date:   October 8, 2021<br>Time:   2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST THAT TRIAL DATE BE VACATED
Case No. 3:16-cv-02487-JCS

**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT;**

**REQUEST THAT TRIAL DATE BE VACATED**

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement and Request That Trial Date Be Vacated.

Since the Parties' last update to the Court, the Parties have received preliminary approval of the settlement from the United States Department of Justice (DOJ), California Attorney General (CA DOJ) (which has already filed a Notice of Consent to Dismissal, Dkt. No. 94), and California Department of Insurance (CDI).  However, the Parties understand that formal approval and execution of the settlement agreements by DOJ and CDI could take as long as another 30 to 60 days.  Given that several pre-trial deadlines, including the filing and hearing of dispositive and *Daubert* motions are upcoming, the Parties respectfully request that the Court vacate all remaining pre-trial deadlines (including the October 8, 2021 Case Management Conference) and the trial date itself.  The Parties will provide the Court with a further update within 60 days, or at the Court's convenience.

Dated:  October 1, 2021                         **COTCHETT, PITRE & McCARTHY LLP**

By:___*/s/ Justin T. Berger*_____
                         JUSTIN T. BERGER
                         BETHANY M. HILL

*Attorneys for Relator*

Dated:  October 1, 2021                         **FOLEY & LARDNER LLP**

By:___*/s/ Lori A. Rubin*_____
                         LORI A. RUBIN

*Attorney for Defendant Vibrant America, Inc.*

Dated:  October 1, 2021                         **SSL LAW FIRM LLP**

By:___*/s/ Thomas S. Brown*_____
                         THOMAS S. BROWN

*Attorney for Defendant Vibrant America, Inc.*