JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:   December 10, 2021<br>Time:  2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

# JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement and Request for Continuance.

Since the Parties' last update to the Court, the Parties have received <u>final</u> approval of the settlement from the United States Department of Justice (DOJ), and the settlement as to the federal False Claims Act claims has been fully executed. The Parties solely await final approval of the settlement by the California Department of Insurance (CDI).[1] CDI has indicated that approval has been delayed due to a personnel change at the top of its management team, but that approval is expected within a matter of days or weeks.

Accordingly, the Parties respectfully request that the December 10, 2021 Case Management Conference be continued for another approximately 60 days, or at the Court's convenience.

Dated: December 3, 2021      **COTCHETT, PITRE & McCARTHY LLP**

By: /s/ Justin T. Berger
       JUSTIN T. BERGER
       BETHANY M. HILL

*Attorneys for Relator*

Dated: December 3, 2021      **FOLEY & LARDNER LLP**

By: /s/ Lori A. Rubin
       LORI A. RUBIN

*Attorney for Defendant Vibrant America, Inc.*

Dated: December 3, 2021      **SSL LAW FIRM LLP**

By: /s/ Thomas S. Brown
       THOMAS S. BROWN

*Attorney for Defendant Vibrant America, Inc.*

---

[1] The California Attorney General has already filed a Notice of Consent to Dismissal (Dkt. No. 94).