# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>         Plaintiffs,<br><br>    v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | **Case No. 3:16-cv-02487-JCS**<br><br>**[PROPOSED] CONSENT JUDGMENT** |

[PROPOSED] CONSENT JUDGMENT;
Case No. 3:16-cv-02487-JCS

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP
4848-3495-5988.2

Relator STF, LLC ("Relator") and Vibrant America, LLC ("Vibrant" or "Defendant"), through their respective counsel, have submitted a Stipulation for Entry of Consent Judgment against Defendant (the "Stipulation").

Pursuant to the Stipulation and Federal Rule of Civil Procedure 58, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Pursuant to a Settlement Agreement with the Department of Justice (the "Settlement Agreement") entered into by the Parties on October 21, 2021 (the "federal Effective Date"), and a Settlement Agreement with the California Department of Insurance (the "CDI Settlement Agreement") on January 31, 2022 (the "CDI Effective Date"), Vibrant shall pay to the United States, California, and Relator a total of $5,250,000.00 (the "Settlement Amount"), plus applicable interest as described below.  Vibrant shall pay the following amounts to the United States, California, and Relator under the following terms and conditions:

   a. No later than ninety days after the respective Effective Dates of the Settlement Agreements, Vibrant shall pay the United States, California, and Relator a total of $500,000.00, allocated as described in the Settlement Agreement and CDI Settlement Agreement;

   b. Vibrant shall pay the remainder of the Settlement Amount in nineteen equal, quarterly installments, plus interest as described in the following paragraph, beginning no later than 180 days after the respective Effective Dates of the Settlement Agreements, allocated between the United States, California, and Relator as described in the Settlement Agreement and CDI Settlement Agreement;

   c. Beginning ninety days after the respective Effective Dates of the Settlement Agreements, simple annual interest will run on the any unpaid portion of the Settlement Amount at a rate of 0.75%; and

   d. The above defined payments may be prepaid, in whole or in part, without penalty.

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

[PROPOSED] CONSENT JUDGMENT;
Case No. 3:16-cv-02487-JCS                                                                                     0

4848-3495-5988.2

2.  As long as Vibrant makes the payments in the full amounts, and on or before the specified dates as set forth in Paragraph 1 above, neither Relator, United States nor California shall execute on this Consent Judgment. But if Vibrant fails to make any payment under the terms described in Paragraph 1, then (a) the full Settlement Amount shall be immediately due and payable, (b) Relator, United States and California shall have the right to immediately execute on this Consent Judgment for the full remaining unpaid balance of the Settlement Amount as applicable, and (c) Vibrant shall be liable to the United States, California, and Relator, as applicable, for all costs, fees, and expenses, including but not limited to attorney's fees, incurred in connection with enforcing this Consent Judgment.

3.  The Court shall retain jurisdiction to adjudicate disputes arising under this Consent Judgment.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.