JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
BETHANY M. HILL (SBN 326358)
bhill@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator STF, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STF, LLC, an organization; STATE OF CALIFORNIA; ex rel. STF, LLC, an organization,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRANT AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:16-cv-02487-JCS<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Date:  February 11, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Joseph C. Spero |

# JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE

Relator STF, LLC ("Relator"), and Vibrant America, LLC ("Vibrant" or "Defendant"), submit this Joint Updated Case Management Conference Statement and Request for Continuance.

Since the Parties' last update to the Court, the Parties have received <u>final</u> approval of the settlement from the California Department of Insurance (CDI), and the settlement as to the California Insurance Fraud Preventions Act claims has been fully executed as of January 31, 2022. The settlement as to the federal False Claims Act had been fully executed previously.[1]

Pursuant to the settlement agreements, Defendant has stipulated to entry of a Consent Judgment. That stipulation and proposed Consent Judgment are being filed concurrently herewith.

Pursuant to the settlement agreements, dismissal of the entire action will be requested upon Defendant's initial settlement payments, which are due no later than May 2, 2022.

Accordingly, the Parties respectfully request that the February 11, 2022 Case Management Conference be continued for another 90 days, by which time the Parties anticipate filing dismissal of the entire action.

Dated: February 3, 2022        **COTCHETT, PITRE & McCARTHY LLP**

By: */s/ Justin T. Berger*
JUSTIN T. BERGER
BETHANY M. HILL

*Attorneys for Relator*

Dated: February 3, 2022        **FOLEY & LARDNER LLP**

By: */s/ Lori A. Rubin*
LORI A. RUBIN

SSL LAW FIRM LLP
Thomas S. Brown

*Attorneys for Defendant Vibrant America, Inc.*

---

[1] The California Attorney General has already filed a Notice of Consent to Dismissal (Dkt. No. 94).